**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

April 25, 2007

**SCHEDULING ORDER**
07CV3216(WP4)(LMS)

Ravi Batra
The Law Firm of Ravi Batra, P.C
The Batra Building
142 Lexington Avenue
New York, NY 10016

APR 2  2007

The matter of   **PANE-V-GREENBURGH**   has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

June 28, 2007 at 11:00AM in Courtroom 420.

   Parties shall submit an agreed upon scheduling order ( a sample is available on Judge
Smith's website at www.nysd.uscourts.gov) on or before this appearance date.

Please notify all other parties of this schedule

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: /s/ Lisa Margaret Smith

Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: