UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GINA ANNE NOEL PANE,                                Case No.: 07 CV 3216
                                                    (WP4) (CMS)
                Plaintiff

       -against-

THE TOWN OF GREENBURGH, JOHN KAPCIA,                ANSWER
in his capacity as Chief of the Greenburgh Police
Department, ERIK WARD, POLICE OFFICER
MICHAEL MUESSER, SERGEANT ROBERT
GRAMAGLIA, SERGEANT FRANCIS PUMILLO,
DETECTIVE PAUL FERTIG, JOHN DOE POLICE
OFFICERS 1-10 so named as their identifies have
yet to be established,

                Defendants.
-------------------------------------------------------------------X

      The Defendants, Michael Muesser, Sergeant Robert Gramaglia, Sergeant Francis Pumillo, Detective Fertig and John Doe Police Officers 1-10, by their attorney, Thomas J. Troetti, Esq., answering the Complaint states as follows:

      FIRST:  Denies knowledge or information sufficient to form a belief as to the allegations set forth at those paragraphs designated "11," "14," "23," "26," 27," "50," "52," "53" "54," "65," "66," "67," "68," "69," "71," "73," "100," "107," ""108," "109," "114," "115," "116," "117" "119," 120,"

      SECOND:  Denies the allegations of those paragraphs designated "2," "3," "4," "5," "25," 28," "29," "30," "31," "32," "33," "34," "36," "37," "38," "39," "40," "41," "42," "43," "44," "45," "47," 49," "55," "56," "57," "58," "59," "60," "61," "62," "63," "64," "70," "72," "74," "75," "76," 77," "78" "80," "81," 82," "83," "85," "86," "87,"

1

"88," 90," "91," "92," "93," 95," "96," "97," "99," "101," "102," "104," "106," "111," "124,"127," 128," "130," "131," "133," "135," "136," "137,"

 THIRD:  Denies knowledge or information sufficient to form a belief as to the allegations set forth at those paragraphs designated "1," "6," "7," "8," "9," "10," "15," "21," "22," "25," "47," "48," "121 and leaves all questions of law to the Court.

 FOURTH:  Admits the allegations of those paragraphs designated "12," "13," "24," "46,"

 FIFTH:  Denies the allegations of those paragraph designated "16," "17," "18," "19," and "20" except to admit that Police Officer Muesser, Sergeant Robert Gramaglia, Sergeant Francis Pumillo, Detective Fertig and Police Officers John Does 1-10 were at the time of the events alleged in the Complaint employed by and working under the authority of the Town of Greenburgh.

 SIXTH:  Denies the allegations of paragraph "35" except to admit that Ms. Pane was transported by Police Office Muesser, in a Greenburgh Police Department vehicle, to Greenburgh Police Headquarters.

 SEVENTH:  Admits the allegations of paragraph "103" and "110" "129" but allege that the arresting officer did not need an arrest warrant.

 EIGHT:  Denies the allegations of paragraph "113" but alleges that based on a legally sufficient basis the plaintiff was arrested and subject to prosecution.

 NINTH:  Denies the allegations of paragraph "122" except to admit that all relevant times mentioned the answering defendants were acting in the scope of their employment as police officers employed by the defendant, Town of Greenburgh.

TENTH: Denies the allegations of paragraph "125" except to admit that the extent of physical contact with the plaintiff was limited to that necessary to arrest the plaintiff and process her.

ELEVENTH: Denies the allegations of paragraph "126" except to admit that when the plaintiff was arrested she was handcuffed.

TWELFTH: Denies the allegations of paragraph "132" except to admit that the plaintiff's consent was not required to arrest and process her.

EIGHT: The answering defendants repeat and reallage those allegations of the Answer to those paragraphs of the Complaint designated as "79," "84," "89," "94," 98," 105," "112," "118," "123," and "134."

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Any detention or arrest of the plaintiff was justified.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

There was probable cause for the plaintiff's arrest.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The defendants, Police Officer Michael Muesser, Sergeant Robert Gramaglia, Sergeant Francis Pumillo, Detective Fertig and "John Doe" Police Officers 1-10 at all times acted in good faith and are protected from liability by qualified immunity.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The plaintiff's state law claims are barred by the applicable statute of limitations.

## AS AND FOR A FIFTH
## AFFIRMATIVE DEFENSE

Any acts of these answering defendants which are alleged to have negligently caused any physical injury and/or emotional distress were caused by the plaintiff's own culpable conduct.

## AS AND FOR A CROSS-CLAIM AGAINST
## THE DEFENDANT, TOWN OF GREENBURGH

Pursuant to the Public Officer Law section 18 the defendant, Town of Greenburgh, is required to indemnify these answering defendants against any adverse judgment obtained by the plaintiff arising out of the scope of the answering defendants' employment, which acts alleged by the plaintiff as the basis of liability these answering defendants deny.

WHEREFORE, the answering defendants demand judgment dismissing the Complaint, together with the costs and disbursements of this action.

DATED: White Plains, New York
       June 19, 2007

Yours, Etc.,

s/_____
THOMAS J. TROETTI (7184)
Attorney for Defendants,
POLICE OFFICER MICHAEL MUESSER,
SERGEANT ROBERT GRAMAGLIA,
SERGEANT FRANCIS PUMILLO,
DETECTIVE PAUL FERTIG, JOHN DOE
POLICE OFFICERS 1-10 so named as their
identifies have yet to be established,
305 Old Tarrytown Road
White Plains, New York 10603
(914) 946-1875

TO:  The Law Firm of Ravi Batra, P.C.
     Attorneys for GINA ANNE NOEL PANE
     142 Lexington Avenue
     The Batra Building
     New York, New York 10016

     STECICH, MURPHY AND LAMMERS, LLP
     Attorneys for Defendants
     TOWN OF GREENBURGH and
     JOHN KAPICA, Chief of Police
     828 South Broadway, Suite 201
     Tarrytown, New York 10591

     QUINN & MELEA,
     Attorney for Defendant,
     ERIK WARD
     399 Knollwood Road
     White Plains, New York 10603