UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GINA ANNE NOEL PANE,

                Plaintiff,

                **NOTICE OF APPEARANCE**

                07 CV 3216

   -against-

THE TOWN OF GREENBURGH, JOHN KAPICA,
in his capacity as CHIEF OF THE GREENBURGH
NEW YORK POLICE DEPARTMENT, ERIK WARD,
POLICE OFFICER MICHAEL MUESSER, SERGEANT
ROBERT GRAMAGLIA, SERGEANT FRANCIS
PUMILLO, DETECTIVE FERTIG, JOHN DOE POLICE
OFFICERS 1 – 10, SO NAMED AS THEIR IDENTITIES
HAVE YET TO BE ESTABLISHED.

                Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Andrew C. Quinn, Esq., of Quinn & Mellea, LLP, does hereby enter their appearance on behalf of ERIK WARD. Any and all correspondence, documents, notices and filings should be forwarded to Andrew C. Quinn, Esq., Crosswest Office Center, 399 Knollwood Road, Suite 220, White Plains, New York, 10603.

Dated: White Plains, New York
       June 27, 2007

                Respectfully submitted,

                /s/ Andrew C. Quinn, Esq. (electronically signed)
                ANDREW C. QUINN, ESQ. (AQ-4059)
                Attorneys for Defendant
                Crosswest Office Center
                399 Knollwood Road
                Suite 220
                White Plains, New York 10603
                (914) 997-0555