

# THE LAW FIRM OF
# RAVI BATRA

---

**THE BATRA BUILDING**  
**142 LEXINGTON AVE.**  
**NEW YORK, NEW YORK 10016**  
**212-545-1993**

RAVIBATRALAW@AOL.COM  
FAX: 212-545-0967

July 30, 2007

**By ECF**  
**Chief Magistrate Judge Lisa Margaret Smith**  
**United States Courthouse**  
**300 Quarropas Street, Room 533**  
**White Plains, NY 10601**

Re:   Response to July 27, 2007 Letter by defendants Town of Greenberg and Chief Kopica; *Pane v. Town of Greenburgh*, 07 CV 3216 (LMS)

**Dear Respected Judge Smith:**

I write in response to the Letter submitted by Brian Murphy, Esq., as counsel to defendants Town of Greenburgh and Chief Kopica given his objection to the plain meaning of Your Honor's Order on the record during the 6/28/07 Conference and unique characterization of the issue.

In an effort to (a) save judicial time, I attach a copy of my 7/26/07 letter to Brian Murphy, which recites the relevant section of the transcript, and (b) I attach a copy of my pre-suit letter of 2/26/07 to Town Attorney David Fried with regard to discovery items and preservation of evidence. Hopefully, this will aid the Court's desire to be efficient.

Since I am uncertain that all counsel were canvassed for scheduling, but I am unavailable 8/2, but am available for 8/3 morning or we can leave it for the previously scheduled 8/10 conference, as no appreciable difference will occur due to another week in waiting.

With regards,

                Sincerely yours,  
                The Law Firm of Ravi Batra, P.C.  
                /s/  
                By Ravi Batra (RB4299)  
                Attorneys for Gina Pane

Encl: Batra's Letters of 7/26/07 and 2/26/07.  
C:  
Brian D. Murphy, Esq. (Fax 914-674-2987)

**Tony Castro, Esq. (By Fax 914-939-4253)**

**Thomas J. Troetti, Esq.**
**(914) 946-1875; Fax 914-949-1342**

**Andrew C. Quinn, Esq.**
**Quinn & Mellea, L.L.P.**
**(914) 997-0555; Fax: 914-997-0550**

\pane.696\073007.CMJSmith