DUPLICATE

At the United States District Court for the
Southern District of New York, 300 Quarropas
Street, White Plains, New York on the
day of January, 2008.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GINA ANNE NOEL PANE,

                    Plaintiff

            -against-
                                                        **ORDER TO**
                                                        **SHOW CAUSE**
THE TOWN OF GREENBURGH, JOHN KAPCIA,
in his capacity as Chief of the Greenburgh Police
Department, ERIK WARD, POLICE OFFICER
MICHAEL MUESSER, SERGEANT ROBERT
GRAMAGLIA, SERGEANT FRANCIS PUMILLO,
DETECTIVE PAUL FERTIG, JOHN DOE POLICE            Case No.: 07 CV 3216
OFFICERS 1-10 so named as their identifies have        (WP4) (CMS)
yet to be established,

                    Defendants.
-------------------------------------------------------------------X

        Upon reading and filing the Affirmation of Thomas J. Troetti, Esq., dated January 22,

2008 and upon the exhibits annexed hereto, it is hereby

        ORDERED, that the plaintiff, GINA ANNE NOEL PANE, show cause before United

States Magistrate Judge Lisa Margaret Smith at the United States District Court, 300

Quarropas Street, White Plains, New York on the 8th day of February, 2008 at 9:30 o'clock 2:00

afternoon

in the forenoon of that day why an Order pursuant to Rule 30 of the Federal Rules of Civil

Procedure should not be issued compelling Antonio Castro, Esq. to appear and testify as a

non-party witness on the grounds that he has relevant and material information, together with

such other relief as is just and proper.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

1

ORDERED, that service of a copy of this Order to Show Cause, together with the

annexed paper upon which it is granted, be made upon

Plaintiff's counsel, counsel for all co-defendants, and Antonio Castro, Esq., by personal service or by mail or private delivery service providing proof of delivery by 5:00pm

on or before the 25th day of Jan., 2008 be deemed

good and sufficient service.

Any opposing papers shall be served and filed no later than 5:00pm on February 1, 2008, on all parties. Reply, if any, shall be served and filed no later than 5:00 pm on February 5, 2008.

SO ORDERED

United States Magistrate Judge

2