# THE LAW FIRM OF

## RAVI BATRA

**MEMO ENDORSED**

---

THE BATRA BUILDING
142 LEXINGTON AVE.
NEW YORK, NEW YORK 10016
212-545-1993

RaviBatraLaw@aol.com
Fax: 212-545-0967

January 29, 2008

**BY FACSIMILE: (914)390-4135**

Hon. Lisa Margaret Smith
Chief United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 428
White Plains, NY 10601

Re:  Urgent request for extension of time to respond to Order to Show Cause, and for adjournment of February 8, 2008 conference in Pane v. Greenburgh, et. al., 07 CV 3216 (WP4) (LMS)

Dear Judge Smith:

Ravi Batra, counsel for the plaintiff in the above referenced matter, was admitted to the hospital on an emergency basis late yesterday and it is believed that he will require surgical intervention. Because Mr. Batra is the attorney registered with the E.C.F. system, and he is unavailable, this letter has been sent by facsimile, and will be simultaneously forwarded via facsimile, to counsel for all parties.

Under these circumstances it is respectfully requested that the plaintiff be granted an extension of time from the current February 1, 2008 due date to respond to the pending Order to Show Cause, and an adjournment of the conference with this Honorable Court presently scheduled for February 8, 2008. It is further respectfully requested that considering what Mr. Batra believes will be necessary time for recovery, convalescence and recuperation, that these matters be extended and adjourned for at least two weeks after February 8, 2008.

Respectfully submitted,
THE LAW FIRM OF RAVI BATRA, P.C.

By: _____
TODD SHERMAN

cc: Brian Murphy, Esq., 914-674-2987
    Thomas Troetti, Esq., 914-949-1342
    Andrew C. Quinn, Esq., 914-997-0550

Pane.690\01290Adjournmentrequest.ltr

---

*Handwritten memo endorsement (left margin):* Deemed letter motion. Motion granted. (After x adjournments). All matter dates adjourned to February 29, 2008 @ 11:15 am @ Courtroom 420. SO ORDERED. LMSMJ 1/30/08