# EXHIBIT 1

CAMERON A. STRACHER, ESQ.
57 WORTH ST.
NEW YORK, NY 10013
(917) 501-6202

February 13, 2008

**By Facsimile (212 545-0967)**

Ravi Batra, Esq.
142 Lexington Ave.
New York, NY 10016

Re:   Pane v. Town of Greenburgh (Subpoena to News 12)

Dear Mr. Batra:

    I appreciate your offer for more time respond to the subpoena issued to News 12 in the above matter. I would propose that we wait to see how the hearing on the pending motions to quash are resolved, without prejudice to either of our clients' rights to move to compel, quash, or otherwise respond. At that time, we can both re-evaluate our positions, and proceed from there. Please let me know if you agree with this approach.

Sincerely,

Cameron Stracher