# EXHIBIT 3

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X
GINA ANNE NOEL PANE,

                Plaintiff,

    -against-         Index No.
                      07 CV 3216
                      (WP4)(LMS)

THE TOWN OF GREENBURGH, JOHN KAPICA, in his
Capacity as CHIEF OF THE GREENBURGH NEW YORK
POLICE DEPARTMENT, ERIK WARD, POLICE OFFICER
MICHAEL MUESSER, SERGEANT ROBERT GRAMAGLIA,
SERGEANT FRANCIS PUMILLO, DETECTIVE FERTIG, JOHN
DOE POLICE OFFICERS 1-10, SO NAMED AS THEIR
IDENTITIES HAVE YET TO BE ESTABLISHED,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - -X

                November 12, 2007
                3:25 p.m.

DEPOSITION of EUGENE PANE, non-party witness
herein, taken pursuant to Subpoena, and held at
the offices of Stecich Murphy & Lammers, 828 South
Broadway, Suite 201, Tarrytown, New York, before
Michael McAliney, a Court Reporter and Notary
Public of the State of New York.

RECEIVED
NOV 21 2007
TLFRB

DALCO REPORTING, INC.
170 Hamilton Avenue, White Plains, NY 10601
49 W. 37th Street, New York, NY 10018
914.684.9009  Fax 914.684.6561  212.679.6095
800.DAL.8779  www.dalcoreporting.com

dalco court reporting & legal video

**EUGENE PANE**

17

```
 1         A.    She did not.
 2         Q.    And what did you do after having
 3   returned home with Gina from Jake's house?
 4         A.    I don't know.
 5         Q.    Okay.  Do you recall there being a
 6   discussion that Sunday morning after you returned
 7   home with Gina about Gina meeting with one of the
 8   Greenburgh police officers later that Sunday?
 9         A.    No.
10         Q.    Were you aware that she was going to
11   meet with a Greenburgh police officer?
12         A.    I think I found out about it later.
13         Q.    Okay.  How did you find out about it, do
14   you recall?
15         A.    No.  Come on, it's a year and a half
16   ago.
17         Q.    Okay.  I'm not making any presumptions.
18   Do you know how you found out?
19         A.    I said, no.
20         Q.    Okay.  Have you paid any of Gina's legal
21   bills relating to her criminal case?
22         A.    I paid, and she's repaid me.
23         Q.    All right.  And how much have you paid
24   in legal bills --
```



Case 7:07-cv-03216-LMS    Document 33-6    Filed 02/20/2008    Page 4 of 4

EUGENE PANE

18

```
1        A.    I think it was 6,000.
2        Q.    -- incurred by her for the legal
3    services rendered to her in connection with her
4    criminal case?
5        A.    6,000.
6        Q.    Okay.  And how much has she repaid you?
7        A.    All of it.
8        Q.    And did she pay you all at once --
9        A.    No.
10       Q.    -- or in increments?
11       A.    Increments.
12       Q.    Okay.
13       A.    Like pulling teeth.
14       Q.    What do you mean, what do you mean by
15   that, what do you mean it's like pulling teeth,
16   what do you mean?
17       A.    When she gets paid, you got to ask her
18   for some money.
19       Q.    Okay.  And how has she paid you, by
20   check or some other means?
21       A.    No, cash.
22       Q.    Okay.  And have you kept a record of the
23   monies that she has reimbursed you for the --
24       A.    I did.
```

