```
Stecich Murphy & Lammers, LLP
828 South Broadway, Suite 201,
Tarrytown, New York 10591
[914] 674-4100
Attorney for The Town of Greenburgh
and Police Chief John Kapica


                  UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK

              Civil Action, Case Number 07 Civ. 3216


_____------------------------------_____

              GINA ANNE NOEL PANE,

                       Plaintiff,


              v.

              THE TOWN OF GREENBURGH, JOHN
              KAPICA, in his capacity as               NOTICE OF
              CHIEF OF POLICE OF THE                   PSYCHIATRIC
              GREENBURGH NEW YORK POLICE               EXAMINATION
              DEPARTMENT, ERIK WARD,
              POLICE OFFICER MICHAEL
              MUESSER, SERGEANT ROBERT
              GRAMAGLIA, SERGEANT
              FRANCIS PUMILLO, DETECTIVE
              PAUL FERTIG, JOHN DOE
              POLICE OFFICERS 1-10, SO
              NAMED AS THEIR IDENTITIES
              HAVE YET TO BE ESTABLISHED

                       Defendants
_____------------------------------ _____


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that pursuant to FRCP 35 the Town of Greenburgh and
John Kapica requests a psychiatric examination of Gina Anne Noel Pane by
William B. Head Jr., M.D.on March 27, 2008, at 11:00 am, at 88 University
Place, Suite 703 New York, New York.



Dated: February 22, 2009              Signed: _____/s/_____
```
                                                                                    Stecich Murphy & Lammers. LLP
                                                                                    By:  Brian D. Murphy
                                                                                   Attorney for the Town of
                                                                                   Greenburgh and Jhn Kapica