UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
:
:
GINA ANNE NOEL PANE :
:
                    Plaintiff, : **STIPULATION AND**
: **PROTECTIVE ORDER**
      v. :
:
TOWN OF GREENBURGH et al :
:
                Defendants. :
:
---------------------------------------- X

FEB 2 2008

     The Court enters this Stipulation and Protective Order ("Order") at the request of the parties to the above-captioned action, for the purpose of assuring the confidentiality of certain information that may be disclosed in this action by Credit Suisse Securities (USA) LLC ("Credit Suisse").

     1.    Any information designated by Credit Suisse as "Confidential Information" that may be produced by Credit Suisse in documentary form, as an oral statement, or in any other form (a) shall be used solely for the purpose of this action; (b) shall be disclosed only to the individuals identified in paragraph 2(a)-(e) of this Order; and (c) shall not be published to the public in any form by the parties or their counsel or by the individuals identified in paragraph 2(a)-(e) of this Order.

     2.    Use of information designated by Credit Suisse as "Confidential Information" shall be restricted to the following persons:

         (a)    Attorneys employed by the parties to the above-captioned action and employees of such attorneys to whom it is necessary that the information be disclosed for purposes of this action;

         (b)    Such employees of the parties as are necessary to assist in the prosecution of this action;

(c) Independent persons (including independent accountants, statisticians, economists, or other technical experts) retained by the parties to the above-captioned action, or by their attorneys, solely for the purpose of assisting in the preparation of this action, provided that any such independent persons have executed a written agreement to be bound by the terms of the Order and have been provided with a copy of the Order;

(d) Court reporters or stenographers engaged to record deposition testimony, and their employees;

(e) Other persons as may be authorized by the Court.

3. Information shall constitute "Confidential Information" when Credit Suisse marks the first page of a document (or any copy of that document) "Confidential"; when Credit Suisse provides written notice to counsel that a document (or part of a document) or information in any form is "Confidential"; or when Credit Suisse states on the record during an oral deposition or otherwise that a statement, a document or information in any form is "Confidential."

4. Nothing shall prevent disclosure beyond the terms of this Order in the event that Credit Suisse consents to such disclosure or in the event that the Court orders such disclosure.

5. Any inadvertent disclosure by Credit Suisse of "Confidential Information," regardless of whether the information was so designated at the time of disclosure, shall not be deemed a waiver in whole or in part of Credit Suisse's claim of confidentiality, either as to the specific information disclosed or as to any other information relating thereto or as to the same or related subject matter.

6. Within sixty (60) days after the conclusion of this action, the originals and reproductions of any documents produced by Credit Suisse that contain information

- 3 -

designated by Credit Suisse as "Confidential Information" shall either be returned to Credit Suisse or the party to which such documents were produced shall certify to Credit Suisse that such documents have been destroyed, provided that counsel for the parties shall be entitled to retain one copy for their files of any material filed with the Court, subject to the continued protections of this Order.

Dated: New York, New York
February 26, 2008

                                        CREDIT SUISSE SECURITIES (USA) LLC

By: *Alexander Barnard*
Alexander C.B. Barnard, Esq.
Director and Counsel
Credit Suisse Securities (USA) LLC
Legal & Compliance Department
One Madison Avenue
New York, NY 10010
(212) 325-2000

- 4 -

Dated: Tarrytown, New York
     February 29, 2008

                                Stecich Murphy & Lammers, LLP

                                By: _____
                                Brian D. Murphy
                                828 South Broadway, Suite 201
                                Tarrytown, NY 10591

                                Attorneys for Defendant

Dated: New York, New York
     February 29 2008

                                The Law Firm of Ravi Batra, P.C.

                                By: _____
                                Ravi Batra, Esq.
                                The Law Firm of Ravi Batra, P.C.
                                The Batra Building
                                142 Lexington Avenue
                                New York, New York 10016

                                Attorneys for Plaintiff

Dated: Tarrytown, New York
     February 29, 2008

                                Stecich Murphy & Lammers, LLP

                                By: _____
                                Stecich Murphy & Lammers, LLP
                                828 South Broadway Suite 201
                                Tarrytown, New York 10591

                                Attorney for the Town of Greenburgh
                                And Chief John Kapica

Dated: White Plains, New York
       February 29, 2008

                              Thomas Troetti, Esq

                       By: _____
                              Thomas Troetti, Esq
                              305 Old Tarrytown Road
                              White Plains, New York 10603.

                              Attorney for Individual Police officers
                              and John Doe[s]

Dated: White Plains, New York
       February 29, 2008

                              Quinn & Mellea, L.L.P.

                       By: _____
                              Quinn & Mellea, L.L.P.
                              Crosswest Office Center
                              399 Knollwood Road, Suite 220
                              White Plains, New York 10603

                              Attorney for Erik Ward

SO ORDERED:

_____
[USMJ Lisa Smith]