**ORDER**

**Before: Hon. Lisa Margaret Smith, USMJ**

United States District Court
Southern District of New York
------------------------------X
**PANE**                                            Docket# **07CV3216**    **LMS**

       Plaintiff(s)                                         TRIAL

  against

**GREENBURGH**
                                                                                MAR - 4 2008
       Defendant(s)
------------------------------X

✓ Pretrial Conference (In Person/Telephone)
__ Settlement Conference
__ Other _____

__ Began   ✓ Held   __ Continued   __ Completed   __ Scheduled

Date **02/29/2008**   Time **1115**   Duration (Min) **90**

For Plaintiff:
Ravi Batra  → CASTRO
The Law Firm of Ravi Batra, P.C
The Batra Building
142 Lexington Avenue
New York, NY 10016
(212) 545-1993

For Defendant:
(Greenburgh)
Brian David Murphy
Stecich Murphy & Lammers,
828 South Broadway   Suite 201
Tarrytown, NY 10591-6650
(914)674-4100   Fax: (914)674-2987

(Ward)
Andrew Quinn
Quinn & Mellea, LLP
399 Knollwood Road   Suite 220
White Plains, NY 10603
914-997-0555   Fax: 914-997-0550

(All others)
Thomas Troetti
45 Knollwood Road
Elmsford, NY 10523
(914) 345-8140   Fax: (914) 345-8316

Remarks: MARK FOWLER - Gannett reporter

Defendant's Order to show cause is granted (#23). Written order to issue. See transcript. Motion to quash taken under advisement. Discovery deadlines extended by 60 days.

ADJOURNED DATE: 4/18/08 11am

/So Ordered/ Lisa Margaret Smith, USMJ

TAPELOG
Tape
From   To