**ORDER**

**Before: Hon. Lisa Margaret Smith, USMJ**

United States District Court
Southern District of New York
------------------------------X
PANE                                    Docket# 07CV3216    LMS

      Plaintiff(s)                         TRIAL

   against

GREENBURGH

      Defendant(s)
------------------------------X

✓ Pretrial Conference   (In Person/Telephone)
__ Settlement Conference
__ Other_____

__ Began    ✓ Held    __ Continued    __ Completed    __ Scheduled

Date 04/18/2008    Time 1100    Duration (Min) 60

For Plaintiff
    Ravi Batra
    The Law Firm of Ravi Batra, P.C
    The Batra Building
    142 Lexington Avenue
    New York, NY 10016
    (212) 545-1993

For Defendant
    (Greenburgh)
    Brian David Murphy
    Stecich Murphy & Lammers,
    828 South Broadway   Suite 201
    Tarrytown, NY 10591-6650
    (914)674-4100   Fax: (914)674-2987

    (Ward)
    Andrew Quinn
    Quinn & Mellea, LLP
    399 Knollwood Road  Suite 220
    White Plains, NY 10603
    914-997-0555   Fax: 914-997-0550

    (All others)
    Thomas Troetti
    45 Knollwood Road
    Elmsford, NY 10523
    (914) 345-8140   Fax: (914) 345-8316

Remarks
- Counsel are to review outstanding doc demands today
- Any outstanding docs to be produced within 10 days
- Amended complaint to be filed by May 12
- Party depos done [illegible] Aug. 1

ADJOURNED DATE  6/9/08  10 ip

TAPELOG
Tape                    Submitted by/So Ordered
From    To              Courtroom Deputy/USMJ