# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

April 30, 2008

## SCHEDULING ORDER
07CV3216(LMS)

The Law Firm of Ravi Batra, P.C
142 Lexington Avenue
New York, NY 10016

Brian David Murphy
Stecich Murphy & Lammers,
828 South Broadway   Suite 201
Tarrytown, NY 10591-6650

Andrew Quinn
Quinn & Mellea, LLP
399 Knollwood Road  Suite 220
White Plains, NY 10603

Thomas Troetti, Esq.
45 Knollwood Road
Elmsford, NY 10523

The matter of **PANE-V-GREENBURG** has been **re- scheduled** for *conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge, from   6/9/08 at 10:00AM   to   *June 9, 2008 at 10:30PM*

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**

*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:  _/s/ Lisa Margaret Smith_
Hon. Lisa Margaret Smith
U.S.M.J.

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

April 30, 2008

## SCHEDULING ORDER
07CV3216(LMS)

The Law Firm of Ravi Batra, P.C
142 Lexington Avenue
New York, NY 10016

Brian David Murphy
Stecich Murphy & Lammers,
828 South Broadway   Suite 201
Tarrytown, NY 10591-6650

Andrew Quinn
Quinn & Mellea, LLP
399 Knollwood Road  Suite 220
White Plains, NY 10603

Thomas Troetti, Esq.
45 Knollwood Road
Elmsford, NY 10523

     The matter of   **PANE-V-GREENBURG**   has been   **re- scheduled**
for *conference*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,
from   6/9/08 at 10:00AM      to   *June 9, 2008 at 10:30PM*

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                April 30, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
07CV3216(LMS)

The Law Firm of Ravi Batra, P.C
142 Lexington Avenue
New York, NY 10016

Brian David Murphy
Stecich Murphy & Lammers,
828 South Broadway   Suite 201
Tarrytown, NY 10591-6650

Andrew Quinn
Quinn & Mellea, LLP
399 Knollwood Road  Suite 220
White Plains, NY 10603

Thomas Troetti, Esq.
45 Knollwood Road
Elmsford, NY 10523

    The matter of    **PANE-V-GREENBURG**    has been    **re- scheduled**
for *conference*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,
from   6/9/08 at 10:00AM       to    ***June 9, 2008 at 10:30PM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: /s/ Lisa Margaret Smith
_____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                     April 30, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV3216(LMS)

The Law Firm of Ravi Batra, P.C
142 Lexington Avenue
New York, NY 10016

Brian David Murphy
Stecich Murphy & Lammers,
828 South Broadway   Suite 201
Tarrytown, NY 10591-6650

Andrew Quinn
Quinn & Mellea, LLP
399 Knollwood Road  Suite 220
White Plains, NY 10603

Thomas Troetti, Esq.
45 Knollwood Road
Elmsford, NY 10523

    The matter of   **PANE-V-GREENBURG**   has been  **re- scheduled** for *conference*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge, from   6/9/08 at 10:00AM      to    ***June 9, 2008 at 10:30PM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
                              Hon. Lisa Margaret Smith
                                       U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                       April 30, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV3216(LMS)

The Law Firm of Ravi Batra, P.C
142 Lexington Avenue
New York, NY 10016

Brian David Murphy
Stecich Murphy & Lammers,
828 South Broadway   Suite 201
Tarrytown, NY 10591-6650

Andrew Quinn
Quinn & Mellea, LLP
399 Knollwood Road  Suite 220
White Plains, NY 10603

Thomas Troetti, Esq.
45 Knollwood Road
Elmsford, NY 10523

    The matter of   **PANE-V-GREENBURG**   has been   **re- scheduled** for *conference*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge, from   6/9/08 at 10:00AM       to   ***June 9, 2008 at 10:30PM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  April 30, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV3216(LMS)

The Law Firm of Ravi Batra, P.C
142 Lexington Avenue
New York, NY 10016

Brian David Murphy
Stecich Murphy & Lammers,
828 South Broadway   Suite 201
Tarrytown, NY 10591-6650

Andrew Quinn
Quinn & Mellea, LLP
399 Knollwood Road  Suite 220
White Plains, NY 10603

Thomas Troetti, Esq.
45 Knollwood Road
Elmsford, NY 10523

    The matter of    **PANE-V-GREENBURG**    has been   **re- scheduled**
for *conference*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,
from    6/9/08 at 10:00AM      to    ***June 9, 2008 at 10:30PM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.