# THE LAW FIRM OF



# RAVI BATRA

*[handwritten: Docket in case # 07 - 3216, Letter, 8 18 08]*

---

**THE BATRA BUILDING**  
**142 LEXINGTON AVE.**  
**NEW YORK, NEW YORK 10016**  
212-545-1993

RAVIBATRALAW@AOL.COM  
FAX: 212-545-0967

August 11, 2008

**BY FACSIMILE: (914)390-4135**
Hon. Lisa Margaret Smith
Chief United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 428
White Plains, NY 10601

Re: Letter Motion seeking leave, *nunc pro tunc* to the Court's directive of April 18, 2008 to file an amended complaint in <u>Pane v. Greenburgh</u>, *et. al.*, 07 CV 3216 (WP4) (LMS), and to have the amended complaint previously filed on May 12, 2008, be deemed filed

Dear Judge Smith:

We write in response to the August 11, 2008 letter of Thomas J. Troetti, Esq., wherein he asserts a defect in the leave of this Court granted on April 18, 2008 for plaintiff to amend her complaint. Specifically, Mr. Troetti argues that notwithstanding that the record makes clear that the Court granted leave to file an amended complaint, because plaintiff's request for that relief was not in writing, although it was in open court, stenographically recorded, and with all counsel present, that such leave was improper. While we disagree with Mr. Troetti's position, in order to most expeditiously further this matter, please accept this letter as a motion pursuant to F.R.C.P. 15(a)(2), for leave to amend the complaint *nunc pro tunc* to the leave previously granted by the Court on April 18, 2008. Moreover, we further ask that the amended complaint, which has already been filed, served, and answered, be deemed properly filed.

Respectfully submitted,
THE LAW FIRM OF RAVI BATRA, P.C.

By: _____
Ravi Batra, Esq.

cc: Thomas Troetti, Esq., 914-949-1342
Brian Murphy, Esq., 914-674-2987
Andrew C. Quinn, Esq., 914-997-0550

Pane.696\081108motiontoamendcomp